**Brian L. DAVIS, Plaintiff-Appellant,**

v.

**YORK COUNTY BOARD OF SUPERVISORS; J.D. Danny Diggs, in his individual capacity; Deputy McCay, in his individual capacity; Deputy Fretwell, in his individual capacity, Defendants-Appellees.**

No. 17-2080

United States Court of Appeals, Fourth Circuit.

Submitted: December 21, 2017

Decided: December 27, 2017

dence. *See Schlup v. Delo*, 513 U.S. 298, 324, 115 S.Ct. 851, 130 L.Ed.2d 808 (1995).

Brian L. Davis, Appellant Pro Se. Anne Catherine Lahren, Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia; Sherry A. Fox, THOMPSON MCMULLAN PC, Richmond, Virginia, for Appellees.

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian L. Davis appeals the district court's order granting Defendants' motions to dismiss and for summary judgment on his claims brought pursuant to 42 U.S.C. § 1983 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Davis v. York Cty. Bd. of Supervisors,* No. 4:17-cv-00039-AWA-LRL, 2017 WL 4050064 (E.D. Va. filed Sept. 7, 2017 & entered Sept. 8, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*